**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-02128-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** February 24, 2011 | **Courtroom Deputy:** Linda Kahoe |

HANOVER INSURANCE COMPANY,                                    Peter J. Morgan

     Plaintiff/Counter Defendant,

     v.

NTC COLORADO, LLC, *et al.,*

     Defendants,

ALLIANT NATIONAL TITLE INSURANCE                 Neil B. Dougherty
COMPANY, INC.,

     Defendant/Counter Claimant.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session:** 3:45 p.m.
Court calls case. Appearances of counsel.

Discussion regarding the status of the case.

**ORDERED:** Plaintiff The Hanover Insurance Company's Motion to Vacate Settlement Conference, doc #[18], is **GRANTED**. The Settlement Conference currently set for **FEBRUARY 28, 2011 at 1:30 p.m. is VACATED**.

The court encourages the parties to continue their discussions, and to contact the court if a Settlement Conference will be productive.

HEARING CONCLUDED.

**Court in recess:** 3:48 p.m.
Total time in court: 00:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.